IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SANDRA J.,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANDREW M. SAUL,<br>*Commissioner of Social Security,* | ) ) ) ) |
| Defendant. | ) Civil Action No. 1:-21-CV-038-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the decision of the Commissioner should be affirmed.[2]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint is **DISMISSED**.

SO ORDERED.

Dated July 25, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.